**MaBSTOA**
Treasury Department, Room
7085, 130 Livingston Street
Brooklyn, NY 11201

| | |
|---|---|
| Pay Group: | BMW-MaBSTOA Hourly |
| Pay Begin Date: | 03/17/19 |
| Pay End Date: | 03/30/19 |

| | |
|---|---|
| Business Unit: | MABST |
| Advice #: | 000000001353570 |
| Advice Date: | 04/03/19 |

**Atiba A Jordan**
3576 Vista Drive
Macungie, PA  18062
Employee ID:  1075437
Agency Employee ID:  M27502

| | |
|---|---|
| Department: | 3622 L3: 3600 |
| Location: | NYCTA |
| Pay Rate: | $34.069073 Hourly |
| Pension Number: | |
| Pen Gross: | $3,118.25   YTD: $15,913.04 |

| TAX DATA: | Federal | NY State | Local |
|---|---|---|---|
| Marital Status: | Married | Married | |
| Allowances: | 0 | 0 | |
| Addl. Pct: | | | |
| Addl. Amt: | | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Pay | 34.069073 | 63.85 | 2,175.31 | 277.27 | 9,446.33 |
| NYCT Straight Time Overtime | 34.069073 | 2.43 | 82.79 | 5.18 | 176.48 |
| Scheduled Overtime | 34.069073 | 11.70 | 398.61 | | 0.00 |
| Scheduled Overtime | 34.071028 | 5.35 | 182.28 | 73.91 | 2,518.07 |
| NYCT O/T Bonus | 17.034537 | 1.43 | 24.36 | 2.76 | 44.83 |
| O/T Bonus - Sched | 17.034537 | 5.74 | 97.78 | 33.84 | 578.66 |
| Night Differential | 1.475775 | 5.65 | 8.34 | 30.84 | 45.52 |
| Other Diff Premium | 1.000000 | 7.03 | 7.03 | 33.28 | 33.28 |
| Bonus FLSA Excluded | 17.034537 | 6.00 | 102.21 | 18.40 | 313.44 |
| Longevity Payment | | | 38.46 | | 38.46 |
| Lump Sum - Pensionable | | | 0.00 | | 500.00 |
| Other Leave Pmts | | | 0.00 | 5.10 | 173.75 |
| Hol / AVA / Per / Bday | | | 0.00 | 23.33 | 794.83 |
| Sick Pay | | | 0.00 | 22.30 | 759.74 |
| Holiday - Cash In | | | 0.00 | 3.15 | 107.32 |
| Other Leave - FLSA Exclude | | | 0.00 | 11.15 | 379.87 |
| FLSA Adjustments | | | 1.08 | | 2.46 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 242.63 | 821.80 |
| Fed MED/EE | 40.45 | 192.47 |
| Fed OASDI/EE | 172.98 | 822.98 |
| NYS Withholdng | 155.31 | 707.72 |
| **TOTAL:** | **611.37** | **2,544.97** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| FSA Dep Care - NYCT Rep | 158.33 | 949.98 |
| 457 | 153.99 | 793.73 |
| Medical - Represented | 26.34 | 184.38 |
| FSA Health - NYCT Rep | 112.50 | 675.00 |
| HealthBenefitContributn | 31.12 | 214.77 |
| PENSION | 62.37 | 318.26 |
| Parking - Before Tax | 0.00 | 615.00 |
| **TOTAL:** | **544.65** | **3,751.12** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TransportWrkrUnionLocal | 2.00 | 14.00 |
| NYCT-TWU-Local 100 | 30.77 | 215.39 |
| TWU Retirement Counsil | 1.50 | 10.50 |
| OA-Pen-Loan###(126) | 81.70 | 326.80 |
| OA-PN2-LOANXXX(83) | 175.64 | 1,229.48 |
| Disability Deduction | 1.20 | 8.40 |
| Travelers Insurance | 83.08 | 581.56 |
| Garnish-Student | 0.00 | 817.03 |
| GARNISHMENT ADJUSTMENT | 0.00 | -540.55 |
| **TOTAL:** | **375.89** | **2,662.61** |

| TOTAL: | | 3,118.25 | | 15,913.04 |
|---|---|---|---|---|

| Taxable Earnings | Current | YTD | Taxable Benefit | Current | YTD |
|---|---|---|---|---|---|
| NYS Taxable Earnings | 2,964.26 | 14,504.31 | | | |
| Federal Taxable Earnings | 2,573.60 | 12,161.92 | | | |

| Leave Balance/PTO | Hours |
|---|---|

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000001353570 | $1,586.34 |
| **TOTAL:** | **$1,586.34** |

**MESSAGE:**

**MaBSTOA**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY  11201

**Date:**
04/03/19

Advice No
1353570

FILED
2019 APR 29 PM 12: 14
U.S. BANKRUPTCY COURT

| MaBSTOA<br>Treasury Department, Room<br>7085, 130 Livingston Street<br>Brooklyn, NY 11201 | | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BMW-MaBSTOA Hourly<br>12/23/18<br>01/05/19 | | | Business Unit:<br>Advice #:<br>Advice Date: | MABST<br>000000001303739<br>01/09/19 | |

| Atiba A Jordan<br>3576 Vista Drive<br>Macungie, PA 18062<br>Employee ID: 1075437<br>Agency Employee ID: M27502 | | Department:<br>Location:<br>Pay Rate:<br>Pension Number:<br>Pen Gross: | 3622 L3: 3600<br>NYCTA<br>$34.069073 Hourly<br><br>$2,299.05   YTD: $2,299.05 | | | TAX DATA:<br>Marital Status:<br>Allowances:<br>Addl. Pct:<br>Addl. Amt: | Federal<br>Married<br>0 | NY State<br>Married<br>0 | Local |

### HOURS AND EARNINGS

| Description | Rate | Hours (Current) | Earnings (Current) | Hours (YTD) | Earnings (YTD) |
|---|---|---|---|---|---|
| Regular Pay | 34.069073 | 34.90 | 1,189.01 | 34.90 | 1,189.01 |
| Scheduled Overtime | 34.069073 | 10.21 | 347.84 | 10.21 | 347.84 |
| Other Leave Pmts | 34.069073 | 5.10 | 173.75 | 5.10 | 173.75 |
| Hol / AVA / Per / Bday | 34.069073 | 12.18 | 414.96 | 12.18 | 414.96 |
| O/T Bonus - Sched | 17.034537 | 8.50 | 144.80 | 8.50 | 144.80 |
| Night Differential | 1.475775 | 1.65 | 2.44 | 1.65 | 2.44 |
| Other Diff Premium | 1.000000 | 26.25 | 26.25 | 26.25 | 26.25 |
| **TOTAL:** | | | **2,299.05** | | **2,299.05** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 179.12 | 179.12 |
| Fed MED/EE | 32.19 | 32.19 |
| Fed OASDI/EE | 137.64 | 137.64 |
| NYS Withholdng | 106.87 | 106.87 |
| **TOTAL:** | **455.82** | **455.82** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 457 | 114.95 | 114.95 |
| PENSION | 45.98 | 45.98 |
| HealthBenefitContributn | 52.74 | 52.74 |
| Medical - Represented | 26.34 | 26.34 |
| **TOTAL:** | **240.01** | **240.01** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Garnish-Student | 276.48 | 276.48 |
| NYCT-TWU-Local 100 | 30.77 | 30.77 |
| TWU Retirement Counsil | 1.50 | 1.50 |
| OA-PN2-LOANXXX(89) | 175.64 | 175.64 |
| Disability Deduction | 1.20 | 1.20 |
| Travelers Insurance | 83.08 | 83.08 |
| TransportWrkrUnionLocal | 2.00 | 2.00 |
| **TOTAL:** | **570.67** | **570.67** |

### Taxable Earnings

| | Current | YTD | Taxable Benefit | Current | YTD |
|---|---|---|---|---|---|
| NYS Taxable Earnings | 2,184.10 | 2,184.10 | | | |
| Federal Taxable Earnings | 2,059.04 | 2,059.04 | | | |

| Leave Balance/PTO | Hours |
|---|---|
| | |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000001303739 | $1,032.55 |
| **TOTAL:** | **$1,032.55** |

**MESSAGE:**

**MaBSTOA**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

**Date:** 01/09/19   **Advice No.** 1303739

**Deposit Amount:** $1,032.55

**To The Account(s) Of**   ATIBA A JORDAN
3576 Vista Drive
Macungie, PA 18062

Location: 00410

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | xxxxxxx6211 | $1,032.55 |
| **Total:** | | **$1,032.55** |

# NON-NEGOTIABLE

| MaBSTOA<br>Treasury Department, Room<br>7085, 130 Livingston Street<br>Brooklyn, NY 11201 | | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BMW-MaBSTOA Hourly<br>01/06/19<br>01/19/19 | | | Business Unit:<br>Advice #:<br>Advice Date: | MABST<br>000000001311992<br>01/23/19 | |
|---|---|---|---|---|---|---|---|---|---|

| Atiba A Jordan<br>3576 Vista Drive<br>Macungie, PA 18062<br>Employee ID:    1075437<br>Agency Employee ID: M27502 | Department:<br>Location:<br>Pay Rate:<br>Pension Number:<br>Pen Gross: | 3622 L3: 3600<br>NYCTA<br>$34.069073 Hourly<br>$2,702.51    YTD: $5,001.56 | TAX DATA:<br>Marital Status:<br>Allowances:<br>Addl. Pct:<br>Addl. Amt: | Federal<br>Married<br>99 | NY State<br>Married<br>0 | Local |
|---|---|---|---|---|---|---|

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Pay | 34.069073 | 40.00 | 1,362.76 | 74.90 | 2,551.77 |
| NYCT Straight Time Overtime | 34.069073 | 0.87 | 29.64 | 0.87 | 29.64 |
| Scheduled Overtime | 34.069073 | 11.67 | 397.59 | 21.88 | 745.43 |
| Sick Pay | 34.069073 | 22.30 | 759.74 | 22.30 | 759.74 |
| O/T Bonus - Sched | 17.034537 | 2.53 | 43.10 | 11.03 | 187.90 |
| Night Differential | 1.475775 | 4.57 | 6.74 | 6.22 | 9.18 |
| Bonus FLSA Excluded | 17.034537 | 6.00 | 102.21 | 6.00 | 102.21 |
| Other Leave Pmts | | | 0.00 | 5.10 | 173.75 |
| Hol / AVA / Per / Bday | | | 0.00 | 12.18 | 414.96 |
| Other Diff Premium | | | 0.00 | 26.25 | 26.25 |
| FLSA Adjustments | | | 0.73 | | 0.73 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 179.12 |
| Fed MED/EE | 31.41 | 63.60 |
| Fed OASDI/EE | 134.31 | 271.95 |
| NYS Withholdng | 116.68 | 223.55 |
| **TOTAL:** | **282.40** | **738.22** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| FSA Dep Care - NYCT Rep | 158.33 | 158.33 |
| HealthBenefitContributn | 33.95 | 86.69 |
| FSA Health - NYCT Rep | 112.50 | 112.50 |
| 457 | 135.13 | 250.08 |
| Medical - Represented | 26.34 | 52.68 |
| Parking - Before Tax | 205.00 | 205.00 |
| PENSION | 54.05 | 100.03 |
| **TOTAL:** | **725.30** | **965.31** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Garnish-Student | 363.02 | 639.50 |
| NYCT-TWU-Local 100 | 30.77 | 61.54 |
| TWU Retirement Counsil | 1.50 | 3.00 |
| OA-PN2-LOANXXX(88) | 175.64 | 351.28 |
| Disability Deduction | 1.20 | 2.40 |
| Travelers Insurance | 83.08 | 166.16 |
| TransportWrkrUnionLocal | 2.00 | 4.00 |
| **TOTAL:** | **657.21** | **1,227.88** |

| TOTAL: | | 2,702.51 | | 5,001.56 |
|---|---|---|---|---|

| Taxable Earnings | Current | YTD | Taxable Benefit | Current | YTD |
|---|---|---|---|---|---|
| NYS    Taxable Earnings | 2,362.38 | 4,546.48 | | | |
| Federal Taxable Earnings | 1,977.21 | 4,036.25 | | | |

| Leave Balance/PTO | Hours |
|---|---|
| | |

### NET PAY DISTRIBUTION

| Advice #000000001311992 | $1,037.60 |
|---|---|
| **TOTAL:** | **$1,037.60** |

MESSAGE:

MaBSTOA
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

**Date:** 01/23/19

**Advice No.** 1311992

**Deposit Amount:** **$1,037.60**

**To The Account(s) Of**    ATIBA A JORDAN
3576 Vista Drive
Macungie, PA 18062

Location: 00410

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | xxxxxxx6211 | $1,037.60 |
| **Total:** | | **$1,037.60** |

# NON-NEGOTIABLE

**MaBSTOA**
Treasury Department, Room
7085, 130 Livingston Street
Brooklyn, NY 11201

| | |
|---|---|
| Pay Group: | BMW-MaBSTOA Hourly |
| Pay Begin Date: | 12/09/18 |
| Pay End Date: | 12/22/18 |

| | |
|---|---|
| Business Unit: | MABST |
| Advice #: | 000000001295446 |
| Advice Date: | 12/26/18 |

**Atiba A Jordan**
3576 Vista Drive
Macungie, PA 18062
Employee ID: 1075437
Agency Employee ID: M27502

| | |
|---|---|
| Department: | 3622 L3: 3600 |
| Location: | NYCTA |
| Pay Rate: | $34.069073 Hourly |
| Pension Number: | |
| Pen Gross: | $2,656.88   YTD: $84,780.76 |

| TAX DATA: | Federal | NY State | Local |
|---|---|---|---|
| Marital Status: | Married | Married | |
| Allowances: | 99 | 99 | |
| Addl. Pct: | | | |
| Addl. Amt: | | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Pay | 34.069073 | 50.17 | 1,709.25 | 1,178.16 | 40,070.01 |
| NYCT Straight Time | 34.069073 | 0.50 | 17.03 | 40.97 | 1,391.53 |
| Overtime | | | | | |
| Scheduled Overtime | 34.067816 | 17.40 | 592.78 | 407.54 | 13,861.98 |
| NYCT O/T Bonus | 17.034537 | 0.87 | 14.82 | 65.39 | 1,115.93 |
| O/T Bonus - Sched | 17.034537 | 15.40 | 262.34 | 285.67 | 4,875.76 |
| Night Differential | 1.475775 | 4.17 | 6.16 | 232.79 | 342.93 |
| Other Diff Premium | 1.000000 | 54.50 | 54.50 | 624.58 | 626.96 |
| Other Leave Pmts | | | 0.00 | 27.38 | 928.76 |
| Hol / AVA / Per / Bday | | | 0.00 | 103.41 | 3,487.65 |
| Sick Pay | | | 0.00 | 121.84 | 4,150.97 |
| Hours Adjustment | | | 0.00 | 47.29 | 1,611.13 |
| Holiday - Cash In | | | 0.00 | 17.15 | 584.29 |
| Vacation Advance | | | 0.00 | 48.42 | 1,649.62 |
| Vacation Pay | | | 0.00 | 202.32 | 6,764.97 |
| Bonus FLSA | | | 0.00 | 137.02 | 2,334.07 |
| Excluded | | | | | |
| Other Leave - FLSA Exclude | | | 0.00 | 15.68 | 534.20 |
| Longevity Payment | | | 0.00 | | 450.00 |
| Vacation Taken | | | 0.00 | 48.42 | 0.00 |
| FLSA Adjustments | | | 0.00 | | 26.17 |

| **TOTAL:** | | | **2,656.88** | | **84,780.76** |
|---|---|---|---|---|---|

| Taxable Earnings | Current | YTD |
|---|---|---|
| NYS Taxable Earnings | 2,319.04 | 80,216.32 |
| Federal Taxable Earnings | 2,185.04 | 70,467.90 |

| Taxable Benefit | Current | YTD |
|---|---|---|

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 4,203.33 |
| Fed MED/EE | 34.38 | 1,076.89 |
| Fed OASDI/EE | 147.00 | 4,604.61 |
| NYS Withholdng | 0.00 | 4,042.79 |
| **TOTAL:** | **181.38** | **13,927.62** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PENSION | 53.14 | 1,695.61 |
| 457 | 132.84 | 2,104.44 |
| Medical - Represented | 26.34 | 684.84 |
| HealthBenefitContributn | 54.52 | 1,167.97 |
| Parking - Before Tax | 205.00 | 2,460.00 |
| FSA Health - NYCT Rep | 0.00 | 2,650.00 |
| FSA Dep Care - NYCT Rep | 0.00 | 3,550.00 |
| **TOTAL:** | **471.84** | **14,312.86** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Travelers Insurance | 83.08 | 2,035.46 |
| NYCT-TWU-Local 100 | 30.77 | 756.73 |
| TWU Retirement Counsil | 1.50 | 38.25 |
| OA-PN2-LOANXXX(90) | 175.64 | 4,303.18 |
| Disability Deduction | 1.20 | 29.40 |
| Garnish-Student | 371.33 | 8,481.00 |
| TransportWrkrUnionLocal | 2.00 | 49.00 |
| 457 Loan Repayment | 0.00 | 849.45 |
| Garnish-Writ | 0.00 | 3,541.09 |
| **TOTAL:** | **665.52** | **20,083.56** |

| Leave Balance/PTO | Hours |
|---|---|

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000001295446 | $1,338.14 |
| **TOTAL:** | **$1,338.14** |

**MESSAGE:**

**MaBSTOA**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

**Date:**
12/26/18

**Advice No.**
1295446

| MaBSTOA | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Treasury Department, Room 7085, 130 Livingston Street Brooklyn, NY 11201 | | | Pay Group: BMW-MaBSTOA Hourly<br>Pay Begin Date: 11/25/18<br>Pay End Date: 12/08/18 | | | | | Business Unit: MABST<br>Advice #: 000000001287077<br>Advice Date: 12/12/18 | |

| Atiba A Jordan | | Department: | 3622 L3: 3600 | | | TAX DATA: | Federal | NY State | Local |
|---|---|---|---|---|---|---|---|---|---|
| 3576 Vista Drive | | Location: | NYCTA | | | Marital Status: | Married | Married | |
| Macungie, PA 18062 | | Pay Rate: | $34.069073 Hourly | | | Allowances: | 99 | 99 | |
| Employee ID: 1075437 | | Pension Number: | | | | Addl. Pct: | | | |
| Agency Employee ID: M27502 | | Pen Gross: | $3,406.87 | YTD: $82,123.88 | | Addl. Amt: | | | |

| HOURS AND EARNINGS | Prior Period | | Current | | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | | | 34.069073 | 40.00 | 1,362.76 | 1,127.99 | 38,360.76 | Fed Withholdng | 0.00 | 4,203.33 |
| Sched OT | | | 34.069073 | 14.49 | 493.66 | 390.14 | 13,269.20 | Fed MED/EE | 44.60 | 1,042.51 |
| OT Bonus | | | 17.034537 | 0.47 | 8.01 | 64.52 | 1,074.94 | Fed OASDI/EE | 190.69 | 4,457.61 |
| Hol Per BD | 11/18/18 | 11/24/18 | 34.069073 | -12.18 | -414.96 | 103.41 | 3,487.65 | NYS Withholdng | 0.00 | 4,042.79 |
| Sick Pay | | | 34.069073 | 48.73 | 1,660.19 | 121.84 | 4,150.97 | | | |
| Sch OT Bon | | | 17.034537 | 6.62 | 112.77 | 270.27 | 4,613.42 | | | |
| Night Diff | | | 1.475775 | 6.58 | 9.71 | 228.62 | 336.77 | | | |
| OthDiffPrm | | | 1.000000 | 43.75 | 43.75 | 570.08 | 572.46 | | | |
| BNS FLSA X | | | 17.034537 | 7.38 | 125.71 | 137.02 | 2,334.07 | | | |
| Oth Leave | | | | | 0.00 | 27.38 | 928.76 | TOTAL: | 235.29 | 13,746.24 |
| Hrs Adjust | | | | | 0.00 | 47.29 | 1,611.13 | BEFORE-TAX DEDUCTIONS | | |
| Hol CashIn | | | | | 0.00 | 17.15 | 584.29 | Description | Current | YTD |
| VacAdvance | | | | | 0.00 | 48.42 | 1,649.62 | FSA Dep Care - NYCT Rep | 149.14 | 3,550.00 |
| Vac Pay | | | | | 0.00 | 202.32 | 6,764.97 | 457 | 170.34 | 1,971.60 |
| OthLv FLX | | | | | 0.00 | 15.68 | 534.20 | Medical - Represented | 26.34 | 658.50 |
| Longevity | | | | | 0.00 | | 450.00 | FSA Health - NYCT Rep | 101.21 | 2,650.00 |
| StraightOT | | | | | 0.00 | 40.47 | 1,374.50 | HealthBenefitContributn | 54.52 | 1,113.45 |
| Vac Taken | | | | | 0.00 | 48.42 | | PENSION | 68.14 | 1,642.47 |
| FLSA Adjustments | | | | | 5.27 | | 26.17 | Parking - Before Tax | 0.00 | 2,255.00 |
| | | | | | | | | TOTAL: | 569.69 | 13,841.02 |
| | | | | | | | | AFTER-TAX DEDUCTIONS | | |
| | | | | | | | | Description | Current | YTD |
| | | | | | | | | TransportWrkrUnionLocal | 2.00 | 47.00 |
| | | | | | | | | NYCT-TWU-Local 100 | 30.77 | 725.96 |
| | | | | | | | | TWU Retirement Counsil | 1.50 | 36.75 |
| | | | | | | | | OA-PN2-LOANXXX(91) | 175.64 | 4,127.54 |
| | | | | | | | | Disability Deduction | 1.20 | 28.20 |
| | | | | | | | | Travelers Insurance | 83.08 | 1,952.38 |
| | | | | | | | | Garnish-Student | 475.74 | 8,109.67 |
| | | | | | | | | 457 Loan Repayment | 0.00 | 849.45 |
| | | | | | | | | Garnish-Writ | 0.00 | 3,541.09 |

| TOTAL: | | | | | 3,406.87 | | 82,123.88 | TOTAL: | 769.93 | 19,418.04 |
|---|---|---|---|---|---|---|---|---|---|---|
| Taxable Earnings | Current | YTD | Taxable Benefit | | Current | | YTD | | | |
| NYS Taxable Earnings | 3,236.53 | 77,897.28 | | | | | | | | |
| Federal Taxable Earnings | 2,837.18 | 68,282.86 | | | | | | | | |

| Leave Balance/PTO | Hours | | NET PAY DISTRIBUTION | |
|---|---|---|---|---|
| | | | Advice #000000001287077 | $1,831.96 |
| | | | TOTAL: | $1,831.96 |

MESSAGE:

MaBSTOA
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

Date:
12/12/18

Advice No.
1287077

**MaBSTOA**
Treasury Department, Room
7085, 130 Livingston Street
Brooklyn, NY 11201

| | |
|---|---|
| Pay Group: | BMW-MaBSTOA Hourly |
| Pay Begin Date: | 11/11/18 |
| Pay End Date: | 11/24/18 |

| | |
|---|---|
| Business Unit: | MABST |
| Advice #: | 000000001278481 |
| Advice Date: | 11/28/18 |

Atiba A Jordan
3576 Vista Drive
Macungie, PA 18062
Employee ID: 1075437
Agency Employee ID: M27502

| | |
|---|---|
| Department: | 3622 L3: 3600 |
| Location: | NYCTA |
| Pay Rate: | $34.069073 Hourly |
| Pension Number: | |
| Pen Gross: | $4,285.34  YTD: $78,717.01 |

**TAX DATA:**

| | Federal | NY State | Local |
|---|---|---|---|
| Marital Status: | Married | Married | |
| Allowances: | 0 | 0 | |
| Addl. Pct: | | | |
| Addl. Amt: | | | |

### HOURS AND EARNINGS

| Description | Begin Date | End Date | Rate | Hours (Current) | Earnings (Current) | Hours (YTD) | Earnings (YTD) |
|---|---|---|---|---|---|---|---|
| Regular | | | 34.069073 | 42.10 | 1,434.31 | 1,087.99 | 36,998.00 |
| StraightOT | | | 34.069073 | 2.92 | 99.48 | 40.47 | 1,374.50 |
| Sched OT | | | 34.069073 | 15.81 | 538.62 | 375.65 | 12,775.54 |
| OT Bonus | | | 17.034537 | 14.30 | 243.59 | 64.05 | 1,092.75 |
| Hol Per BD | | | 34.069073 | 24.36 | 829.92 | 115.59 | 3,902.61 |
| Sch OT Bon | | | 17.034537 | 14.27 | 243.09 | 263.65 | 4,495.73 |
| Night Diff | | | 1.475775 | 16.08 | 23.73 | 222.04 | 327.06 |
| OthDiffPrm | | | 1.000000 | 46.82 | 46.82 | 526.33 | 528.71 |
| Hol CashIn | | | 34.069073 | 4.18 | 142.41 | 17.15 | 584.29 |
| OthLv FLX | | | 34.069073 | 6.85 | 233.37 | 15.68 | 534.20 |
| Longevity | 11/01/17 | 10/31/18 | | | 450.00 | | 450.00 |
| Oth Leave | | | | | 0.00 | 27.38 | 928.76 |
| Sick Pay | | | | | 0.00 | 73.11 | 2,490.78 |
| Hrs Adjust | | | | | 0.00 | 47.29 | 1,611.13 |
| VacAdvance | | | | | 0.00 | 48.42 | 1,649.62 |
| Vac Pay | | | | | 0.00 | 202.32 | 6,764.97 |
| BNS FLSA X | | | | | 0.00 | 129.64 | 2,208.36 |
| Vac Taken | | | | | 0.00 | 48.42 | |
| FLSA Adjustments | | | | | 0.00 | | 20.90 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 392.20 | 4,203.33 |
| Fed MED/EE | 55.15 | 997.91 |
| Fed OASDI/EE | 235.83 | 4,266.92 |
| NYS Withholdng | 228.39 | 4,042.79 |
| **TOTAL:** | **911.57** | **13,510.95** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| FSA Dep Care - NYCT Rep | 149.15 | 3,400.86 |
| 457 | 191.77 | 1,801.26 |
| Medical - Represented | 26.34 | 632.16 |
| FSA Health - NYCT Rep | 101.22 | 2,548.79 |
| Parking - Before Tax | 205.00 | 2,255.00 |
| PENSION | 85.71 | 1,574.33 |
| HealthBenefitContributn | 0.00 | 1,058.93 |
| **TOTAL:** | **759.19** | **13,271.33** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TransportWrkrUnionLocal | 2.00 | 45.00 |
| NYCT-TWU-Local 100 | 30.77 | 695.19 |
| TWU Retirement Counsil | 1.50 | 35.25 |
| OA-PN2-LOANXXX(92) | 175.64 | 3,951.90 |
| Disability Deduction | 1.20 | 27.00 |
| Travelers Insurance | 83.08 | 1,869.30 |
| Garnish-Student | 438.57 | 7,633.93 |
| Garnish-Writ | 383.53 | 3,541.09 |
| 457 Loan Repayment | 0.00 | 849.45 |
| **TOTAL:** | **1,116.29** | **18,648.11** |

| TOTAL: | | | | 4,285.34 | | | 78,717.01 |
|---|---|---|---|---|---|---|---|

| Taxable Earnings | Current | YTD | Taxable Benefit | Current | YTD |
|---|---|---|---|---|---|
| NYS Taxable Earnings | 3,888.57 | 74,660.75 | | | |
| Federal Taxable Earnings | 3,526.15 | 65,445.68 | | | |

Leave Balance/PTO  Hours

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000001278481 | $1,498.29 |
| **TOTAL:** | **$1,498.29** |

**MESSAGE:**

**MaBSTOA**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

**Date:**
11/28/18

**Advice No.**
1278481