United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-10422-amc
Atiba A. Jordan                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: SaraR              Page 1 of 1           Date Rcvd: Jun 20, 2019
                              Form ID: pdf900          Total Noticed: 2
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2019.
db             +Atiba A. Jordan,    3576 Vista Drive,    Macungie, PA 18062-2148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2019 02:53:30      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2019 at the address(es) listed below:
              KARINA  VELTER    on behalf of Creditor    Wilmington Trust, National Association
               amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com
              MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com,
               lcampbell@hillwallack.com;mosbeck@hillwallack.com
              MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association
               mshavel@hillwallack.com,    lcampbell@hillwallack.com;mosbeck@hillwallack.com
              SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# (READING)

IN RE:
**Atiba A. Jordan**
　　Debtor

CHAPTER 13

CASE NO.: 19-10422-REF

HEARING DATE: May 16, 2019
TIME: 9:30 AM
LOCATION: COURTROOM #1

## ORDER FOR RELIEF

AND NOW, upon the Motion of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 ("Movant") for relief from the Automatic Stay, it is

ORDERED THAT: Relief is granted from the automatic stay provisions of 11 U.S.C. § 362(a) and the Co-Debtor stay provision of 11 U.S.C. § 1301 to permit Movant to commence or continue its foreclosure on its mortgage on Mortgaged Premises located at 3576 Vista Drive, Macungie, PA 18062 (the "Mortgaged Premises"); to name the Debtor and Co-Debtor in the foreclosure suit solely for the purpose of foreclosing their interests in the Mortgaged Premises; and to allow the purchaser of the Mortgaged Premises at Sheriff's Sale (or purchaser's assignee) to take any legal action for the enforcement of its rights to possession of said Mortgaged Premises.

ORDERED THAT: The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay.

**Date: June 20, 2019**

_____
Ashely M. Chan
United States Bankruptcy Judge

{Y0602217; 1}