UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
    ATIBA A. JORDAN : Bankruptcy No. 19-10422AMC
:
    Debtor(s) : Chapter 13

## ORDER

AND NOW, upon consideration of the Amended Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

FOR THE COURT

_____
Ashely M. Chan, B.J.

Interested parties:

Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410

Atiba A. Jordan
3576 Vista Drive
Macungie, PA 18062