United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 19-10422-amc
Atiba A. Jordan                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: dlv              Page 1 of 2              Date Rcvd: Aug 08, 2019
                            Form ID: pdf900        Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2019.
```
db             +Atiba A. Jordan,    3576 Vista Drive,    Macungie, PA 18062-2148
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              Fay Servicing, LLC,    PO Box 814609,    Dallas, TX  75381-4609
14282157        Educational Credit Management Corporation,    PO BOX 16408,    St. Paul, MN 55116-0408
14262550       +KML Law Group,    Suite 5000 - BNY Independence Center,    701 Market Street,
                 Philadelphia PA 19106-1538
14308418       +Wilmington Trust, NA,    C/O Michael J. Shavel, Esq,    777 Township Line Road, Suite 250,
                 Yardley, PA 19067-5565
14292981       +Wilmington Trust, National Association,    c/o Fay Servicing, LLC,    3000 Kellway Dr. Suite 150,
                 Carrollton, TX 75006-3357
14262549       +Wilmington Trust, National Association,,    c/o KML Law Group,
                 Suite 5000 - BNY Independence Center,    701 Market Street,    Philadelphia PA 19106-1538
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 09 2019 02:46:26      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2019 02:48:01      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14300006       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 09 2019 02:59:32      Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14282157        E-mail/Text: ECMCBKNotices@ecmc.org Aug 09 2019 02:46:05
                 Educational Credit Management Corporation,    PO BOX 16408,    St. Paul, MN 55116-0408
14293103        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2019 02:47:43
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14263355       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2019 02:48:04
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14266275       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 09 2019 02:46:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                              TOTAL: 7
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2019 at the address(es) listed below:
```
              KARINA VELTER    on behalf of Creditor    Wilmington Trust, National Association
               amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com
              MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com,
               rianiero@HillWallack.com;lharkins@hillwallack.com
              MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association
               mshavel@hillwallack.com,    rianiero@HillWallack.com;lharkins@hillwallack.com
```

```
District/off: 0313-4          User: dlv              Page 2 of 2            Date Rcvd: Aug 08, 2019
                              Form ID: pdf900        Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com
          SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com, ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                         TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
    ATIBA A. JORDAN : Bankruptcy No. 19-10422AMC
:
    Debtor(s) : Chapter 13

## ORDER

AND NOW, upon consideration of the Amended Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

FOR THE COURT

_____
Ashely M. Chan, B.J.

Interested parties:

Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410

Atiba A. Jordan
3576 Vista Drive
Macungie, PA 18062