November 28, 2023

Atiba Jordan
3576 Vista Drive
Macungie, Pa 18062



United States Bankruptcy Court
Eastern District of Pennsylvania
The Gateway Building
201 Penn Street Suite 103
Reading, PA19601

RE: Case number 1910422AMC Filed: 01/24/2019
RE: Case number 1916658PMM Filed: 10/24/2019

To the Honorable United States Bankruptcy Court:

I have a question regarding disclosure. I have been told that the credit bureaus obtain information concerning the bankruptcies listed above from this court.

Please be so kind as to send me information on the rules and procedures concerning reporting bankruptcy information of debtors to third party credit reporting bureaus (Equifax, Experian, TransUnion, LexisNexis, Innovis, CoreLogic, among others).

Please send back your response in the self-addressed, stamped envelope enclosed for your convenience.

Thank you for your time, attention, understanding, and cooperation concerning this matter.

Sincerely,

Atiba Jordan